McIntyre's Second Claim.

**C.      THIRD CLAIM.**

Plaintiff's Third Claim was for False Arrest.  The jury found in favor of Plaintiff on this claim and awarded to her $100,000.  This Claim can only be established on proof of an arrest without probable cause.  Since the Court has ruled that as a matter of law there was probable cause for an arrest and Officer Foster is entitled to qualified immunity, Defendants are entitled to Judgment as a Matter of Law on Plaintiff Bushell McIntyre's Third Claim.

**D.      FOURTH CLAIM.**

With respect to Plaintiff's Fourth Claim, the jury was instructed that Plaintiff claims that her rights protected by the Fourth Amendment were violated when she was arrested by Officer Foster without probable cause and when unreasonable force was used to place her under arrest.   Pursuant to the Court's legal conclusions articulated above, the Court disregards the jury's verdict and will enter Judgment as a Matter of Law in favor of Defendants on Plaintiff Bushell McIntyre's Fourth Claim.

**5. CONCLUSION**

For the reason set out in this Order, Judgment as a Matter of Law should be entered in favor of Defendants and against Plaintiff Bushell-McIntyre. The motion for a new trial is denied.

Date:   September 21, 2005                    _/s/James Ware_____
                                              JAMES WARE
01cv21091recon                                United States District Judge

*United States District Court*
For the Northern District of California

7