IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Laura Bushell-McIntyre, et al., | NO. C 01-21091 JW |
|     Plaintiffs, | **SECOND AMENDED JUDGMENT** |
|   v. | |
| City of San Jose, et al., | |
|     Defendants. | |

Pursuant to the Ninth Circuit's May 5, 2009 Amended Mandate (Docket Item No. 173), the Amended Judgment entered on May 23, 2008 (Docket Item No. 172) is amended as follows:

Judgment is entered in favor of Plaintiff Laura Bushell-McIntyre, against Defendants William Foster and the City of San Jose in the amount of $100,500. Plaintiff Bushell-McIntyre shall receive postjudgment interest on this amount from March 21, 2005. Plaintiff Bushell-McIntyre is also awarded $131,778.75 in attorney fees.

Pursuant to the jury verdict, judgment is entered in favor of Defendants William Foster and City of San Jose, against Plaintiff Byron McIntyre.

Dated: June 19, 2009

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan F. Hunter hunter@gclitigation.com
David Michael Rollo david.rollo@cco.sccgov.org
Joseph P. DiCiuccio cao.main@sanjoseca.gov
M. Jeffery Kallis M_J_Kallis@Kallislaw.org
Nora Valerie Frimann cao.main@sanjoseca.gov
Phyllis Elise Andelin phyllisandelin@aol.com
Robert Baker Burchfiel CAO.Main@sanjoseca.gov

**Dated: June 19, 2009**　　　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:　/s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**

**United States District Court**
For the Northern District of California